

AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

ERIN MURRAY
ASSOCIATE ATTORNEY
EMURRAY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2406

February 22, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2022

<u>VIA ECF</u>

Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   *R.T., individually and on behalf of J.M., v. N.Y.C. Dep't of Educ.*,
        1:21-cv-10909-VEC

Dear Judge Caproni,

I am the attorney for the Plaintiffs in the above-referenced action, wherein Plaintiff seeks attorneys' fees incurred in the administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as the instant federal action.

I write jointly with Defendant's counsel to submit a case management plan and to propose a briefing schedule pursuant to the Court's December 22, 2021, Notice of Initial Pretrial Conference (Dkt. 5).

As the parties are optimistic that this matter will be resolved through settlement, the parties jointly propose that the Court adjourn the pretrial conference scheduled for March 11, 2022, *sine die* and order the following briefing schedule:

- Plaintiff's motion for summary judgment will be due on July 1, 2022.
- Defendant's opposition will be due on July 29, 2022.
- Plaintiff's reply will be due on August 10, 2022.

The briefing schedule proposed above will afford the parties additional time for settlement negotiations. At this time, the parties believe that they can resolve the matter without further Court intervention. In the event the parties reach a point in settlement negotiations where the parties believe a settlement conference would aid and advance settlement, the parties will write the Court to request a settlement conference before the Magistrate Judge.

Respectfully submitted,

s/ Erin E. Murray

cc: Sharon Sprayregen (via ECF)
Attorney for the Defendant

> Application GRANTED in part. The initial pretrial conference scheduled for March 11, 2022 is ADJOURNED *sine die*. Plaintiffs' motion for summary judgment is due by **May 16, 2022**. Defendant's opposition is due by **June 16, 2022**. Plaintifs' reply is due by **June 30, 2022**.
>
> The Court will enter a Case Management Plan by separate order.

SO ORDERED.

[signature: Valerie Caproni]   2/22/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE