**MEMO ENDORSED**





AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

May 31, 2022

ERIN MURRAY
ASSOCIATE ATTORNEY
EMURRAY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2406

<u>VIA ECF</u>

Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2022
```

RE:   *R.T., individually and on behalf of J.M., v. N.Y.C. Dep't of Educ.*,
       1:21-cv-10909-VEC

Dear Judge Caproni,

    I am the attorney for the Plaintiff in the above-referenced action, wherein Plaintiff seeks attorneys' fees incurred in the administrative proceeding under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*, as well as the instant federal action.

    Plaintiff writes jointly with Defendant to respectfully request the pretrial conference scheduled for June 17, 2022, at 1:30pm (Dkt. 16) be adjourned *sine die*. The parties were unsuccessful in resolving the sole issue of attorneys' fees and costs through settlement and this matter is proceeding to motion practice with motions for summary judgment due today, May 31, 2022 (Dkt. 15). In the alternative, the Parties respectfully request for the June 17, 2022, pretrial conference to be held telephonically.

Respectfully submitted,
s/ Erin E. Murray

cc:   Sharon Sprayregen (via ECF)
      Attorney for the Defendant

5693 SOUTH STREET ROAD, AUBURN, NEW YORK 13021 • FAX: (888) 282-7785

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]* Date: 6/1/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE